FILED

MAY 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

Any Yahoo! Mail accounts with username:
Cynthia Corn cc.corn@ymail
ccorn@epropertyrelief.com
or any other username with the domain epropertyrelief.com

CASE NO. 2:10-SW-0190 GGH

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND RELATED DOCUMENTS

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 5/13/13

_____
HON. CAROLYN K. DELANEY
U.S. Magistrate Judge

Order to Unseal Search Warrant and Related Documents      1